IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOISSE CAGEY, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 17-1429 |
| v. | Judge Cathy Bissoon |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, | **STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV.P. 41** |
| Defendant. | FILED ON BEHALF OF: PLAINTIFF: Joisse Cagey |

COUNSEL FOR THIS PARTY:

Francis M. Moore, Esquire
PA I.D. #60039

MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219

Tele: (412) 232-0661
Fax:  (412) 232-0233

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOISSE CAGEY, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 17-1429 |
| v. | JUDGE: Cathy Bissoon |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, | |
| Defendant. | |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JOISSE CAGEY and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, stipulate to dismiss without prejudice all claims asserted by Plaintiff, each party to bear its own attorney's fees and costs. .

Date: December 27, 2017

| | |
|---|---|
| */s/Francis M. Moore* | */s/Christina D. Riggs, Esquire* |
| Francis M. Moore, Esquire | Christina D. Riggs, Esquire |
| Pa. I.D. #60039 | Pa. I.D. # |
| MANSMANN & MOORE, LLP | Saul Ewing LLP |
| 304 Ross Street, Suite 600 | Centre Square West 1500 Market Street, |
| Pittsburgh, PA 15219 | 38th Floor |
| Tele:  (412) 232-0661 | Philadelphia, PA 19102-2186 |
| Fax:   (412) 232-0233 | Tele:  (215) 972-7810 |
| E-mail: fmoore@mansmann-moore.com | Fax:   (215) 972-7257 |
| Counsel for Plaintiff | E-Mail: criggs@saul.com |
| | Counsel for Defendant |

2

Case 2:17-cv-01429-CB     Document 7     Filed 12/28/17     Page 3 of 3